**STATE of Missouri, Respondent,**

v.

**Rodney McINTOSH, Appellant.**

**No. ED 88453.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 19, 2007.

Application for Transfer Denied
Sept. 25, 2007.

Jessica Hathaway, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang, Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

Appellant Rodney McIntosh (McIntosh) appeals the decision of the Circuit Court of Saint Louis City (Court), the Honorable Angela Turner Quigless presiding. A jury found him guilty of one count of Statutory Sodomy in the First Degree, Section 566.062 RSMo (2000). The Court sentenced McIntosh to twenty-five years in prison, as a prior offender.

On appeal, McIntosh argues that the Court erred 1) when it denied his motion

for judgment of acquittal, because the State failed to prove, beyond a reasonable doubt, that he committed First Degree Statutory Sodomy; 2) when it denied his motion to strike a venire person, despite a potential bias.

We have reviewed the briefs and the Record on Appeal, and find no error of law in this case. Thus, a written opinion would have no jurisprudential value. This Judgment is affirmed pursuant to Rule 30.25(b).